IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHNSTON .                                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 2:03cv361LG-JMR

SHERWIN-WILLIAMS                                                         DEFENDANT

## ORDER

This cause comes before the Court in light of the Court's Order granting Defendant's Motion to Compel Arbitration, the Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes and that this matter should be closed at this time. Parties are to notify the Court within ten days of any matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered.

This the ____ day of August, 2006.

CHIEF UNITED STATES MAGISTRATE JUDGE